## DANIEL ROGER'S EXECUTORS v. DAVID WILLIAMS' ADMINISTRATRIX.

High Court of Errors and Appeals.    August, 1814.

*Clayton's Notebook, 183.*

PER CURIAM.   There is no difference in this respect between a common administrator and one *de bonis non*.   Let his name be put on the record as a party.